*Attachment A - Bivens Complaint form*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
AUG 2 4 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

William N. Prigmore          # 77153-061

_____          _____

_____          _____

_____          _____

5:22-cv-00383

(Enter above the full name of the plaintiff      (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action)

5:22-cv-00331

v.  Warden (Beaumont) Bryan K. Dobbs        CIVIL ACTION NO. 5:22-cv-00117
    Warden (Hazleton) J. Bartlett S. Brown   (Number to be assigned by Court)
    Mulitpule unknown Agents of FBOP.
    mulitpule contractors and outside visitors to FBOP.

_____

(Enter above the full name of the defendant
or defendants in this action)

Defendant(s).

## COMPLAINT

**I.   Parties**

    A.   Name of Plaintiff:  William N. Prigmore

           Inmate No.:  # 77153-061

           Address:  P.O. Box 26040

                         Beaumont, TX 77720

B. Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

C. Name of Defendant: Bryan K. Dobbs, J. Bartlett

Position: Warden's

Place of Employment: FBOP

D. Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: Mulitpule unknown Agents of FBOP

Position: unknown

Place of Employment: FBOP

Name of Defendant: Mulitpule contractors And outside visitors

Position: unknown

Place of Employment: FBOP

II. **Place of Present Confinement**

Name of Prison/Institution: Beaumont FCI

A. Is this where the events concerning your complaint took place?
Hear And Hazleton FCI
Yes  X        No

If you answered "no," where did the events occur? _____

B. Is there a prisoner grievance procedure in this institution?

Yes  X        No

C. Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes  X        No

If you answered "no," explain why not: _____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): I have not Hurd Back

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes  X        No

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:
Plaintiff(s): State of Ohio
Defendant(s): Wiyyfidm Prigmore

3

2. Court (if federal court, name the district; if state court, name the county);
   Franklin County Ohio

3. Docket Number: ?

4. Name of judge to whom case was assigned: ?

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   I won

6. Approximate date of filing lawsuit: 2016

7. Approximate date of disposition: Spring 2017

## IV. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

I am innocent and have never committed a crime punishable of 13 months of incarceration. While in Hazleton while I was handcuffed behind my back w/o shoes I made a PREA complaint. During they excuited an excessive use of force (during the PREA complaint) where I was repeatedly beat hit w/ the shield, disrespected, isolated, slammed, kneed and bleed while being held in restraints over 24 hours. Before and after I was raped and tuethered by FBOP staff to including active warden S. Brown. They allowed the same officers (Maylee and Kyer) I made the PREA on to realispate in the use of force allowing them to retaliate against me. The pattern of rape, mistreatment, abuse, long term isolation and torture is an ongoing pattern thru FBOP including here in Texas where I am almost nightly raped by prison staff, multiple people at a time, locked in a cell 24/7 with dangerous criminals who make and carry knives. I am abused non-stop by prison officials. I am being denyed medical treatment for my injurys tooth neck, back pain, depression and

toothaches. Both in Hazleton and Beaumont Texas.

My human, civil and constitutional rights are being violated by FBOP because I am almost nightly woken up and raped, held in involuntary servitude, punished and abused/tortured non-stop while in FBOP all while innocent never have committing a crime punishable of 12 months. I am mistreated and subjected 2 cruel and unusual punishment almost hourly.

I have exusted ALL admin remedys in Hazleton and Beaumont since filing this in Beckley. DHO statement, tort claim, letters 2 wardens office, BP 9-10-11 and letters 2 DCG and PREA coordinators, SIA interview and statement in OKC core links staff messages etc. I have exusted all my remedys AFTER Beckley. Regpt is with Ohio Supreme Court.

I am currently in physical danger from inmates and staff

The wardens are currently allowing and curdering the torture, abuse, mistreatment and rapes against my civil and constitutional rights.

## V.     Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

immediate release with the Ability to protect myself And full immunity so I can never be housed in BOP custody Again, Have privileged detention conditions in the community until full release is granted, and Placed on PoC in the community until fully released

Signed this 18 day of August, 2022 BoC.

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 8/18/22 BoC.
(Date)

_____
Signature of Plaintiff

5

Nick Dwigans
#771533-061
PO Box 26040
Beaumont, TX
77720

Legal Mail

Case 5:22 cv 00331
Clerk
United States District Court
Robt Byrd US Courthouse
110 No. Heber St Rm 117
Beckley WV 25801



North Houston TX 773
25 AUG 2022 PM 4 L